Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: erussell@sjlawcorp.com

Attorneys for Plaintiffs, Bricklayers
And Allied Craftworkers Local No. 3
Health And Welfare Trust, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 3 HEALTH AND WELFARE TRUST, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRIAN MITCHELL, Individually and dba PRECISION MASONRY, a California Sole Proprietorship.<br><br>        Defendant. | Case No. C16-01303 HSG<br><br>**NOTICE OF SETTLEMENT; ORDER THEREON** |

   PLEASE TAKE NOTICE that Plaintiffs Bricklayers And Allied Craftworkers Local No. 3 Health And Welfare Trust, et al. ("Plaintiffs"), and Defendant Brian Mitchell, individually and dba Precision Masonry, a California Sole Proprietorship ("Defendant"), have reached a settlement in this matter.

   Pursuant to the terms of the settlement, Defendant paid all amounts owed to Plaintiffs through April 2016, except for a balance due for liquidated damages assessed on its late-paid contributions for August 2015 through February 2016.  Plaintiffs approved a conditional waiver of the balance remaining due for liquidated damages on the condition that Defendant timely pay contributions for six (6) consecutive months, beginning with April 2016 contributions through, and including, September 2016

contributions. If Defendant timely pays its April 2016 through September 2016 contributions, the liquidated damages remaining due for its late-paid August 2015 through February 2016 contributions shall be waived, and Plaintiffs will file a Notice of Voluntary Dismissal upon bank clearance of Defendant's payment for September 2016 contributions. Should Defendant fail to timely pay its April 2016 through September 2016 contributions, payment of the above described liquidated damages shall be immediately due to Plaintiffs.

Based on the above, Plaintiffs respectfully request that the Court vacate the calendar in this matter, but retain jurisdiction through November 2016, to allow time for Defendant to submit the above described payments and for Plaintiffs to verify bank clearance of same.

Respectfully submitted.

Dated: May 24, 2016

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Erica J. Russell
Attorneys for Bricklayers And Allied Craftworkers Local No. 3 Health And Welfare Trust, et al.

IT IS SO ORDERED.

Based on the parties' notice of settlement, and it appearing that no issue remains for the Court's determination, this action and all claims asserted herein are DISMISSED, and all scheduled dates are VACATED. In the event that defendant fails to timely comply with the terms of the settlement, plaintiffs may move to reopen the case, provided that such motion is filed by no later November 30, 2016.

DATED: May 25, 2016

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT COURT JUDGE